IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:19CR3030 |
| vs. | |
| DEVIN L. ASHFORD, | ORDER |
| Defendant. | |

Defense counsel has moved to withdraw his prior motion for appointment of additional counsel, and he moves to withdraw as counsel due to a conflict of interest. (Filing No. 37). Defendant is eligible for appointed counsel pursuant to the Criminal Justice Act, 18 U.S.C. §3006A, and the Amended Criminal Justice Act Plan for the District of Nebraska.

IT IS ORDERED:

1) Defense counsel's motion, (Filing No. 37), is granted.

2) Counsel's prior motion is withdrawn (Filing No. 35), and the court's prior order granting that motion, (Filing No. 36), is stricken.

3) John Vanderslice is hereby withdrawn as counsel, and he shall promptly notify Defendant of the entry of this order.

4) The clerk shall delete John Vanderslice from any future ECF notifications herein.

5) The clerk shall forward this memorandum and order to the Federal Public Defender.

6) The Federal Public Defender shall forthwith provide the court with a draft appointment order (CJA Form 20) bearing the name and other identifying information of the CJA Panel attorney identified in accordance with the Criminal Justice Act Plan for this district. .

7) The newly appointed counsel shall promptly file an entry of appearance on behalf of Defendant.

October 7, 2019.

BY THE COURT:
*s/ Cheryl R. Zwart*
United States Magistrate Judge