IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

DEVIN L. ASHFORD,

        Defendant.

4:19CR3030

**ORDER**

To assure a just and fair trial of this case,

IT IS ORDERED:

    1)    The government's witness list shall be filed under restricted access and shall not include the addresses, phone numbers, or other contact information for the government's witnesses.

    2)    The government shall provide the addresses and phone numbers of its witnesses to Defendant's counsel. Defense counsel may share this information with others in his office, but defense counsel and those in his office are prohibited from disseminating the addresses, phone numbers, or other contact information for the government's witnesses to anyone else.

    3)    Defendant telephone privileges from the Saline County Jail are restricted. Except for his attorney, Defendant is not permitted to speak with anyone by telephone.

Dated this 4th day of August, 2020.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge