IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:19-CR-3030 |
| vs. | ORDER |
| DEVIN L. ASHFORD, | |
| Defendant. | |

The defendant has filed a motion to proceed in forma pauperis (filing 147) in connection with his motion to vacate pursuant to 28 U.S.C. § 2255 (filing 146). The motion to proceed in forma pauperis was unnecessary, because there is no fee for a § 2255 motion. *See* Rules Governing § 2255 Proc. for the U.S. Dist. Cts. Rule 3 advisory committee's note. Accordingly,

IT IS ORDERED that the defendant's motion to proceed in forma pauperis (filing 147) is denied as moot.

Dated this 24th day of February, 2023.

BY THE COURT:

John M. Gerrard
Senior United States District Judge